# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL AL RAZZAQ MUHAMMAD SALIH,<br><br><br>Petitioner<br>v.<br><br>BARACK H. OBAMA *et al.*<br><br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Case No. 08-1234 (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

On July 17, 2008, Petitioner Salih filed a petition for a writ of *habeas corpus*. On April 8, 2009, Petitioner filed a motion to stay further proceedings, and the Court granted the motion on April 13, 2009, and ordered Petitioner's counsel to file a Status Report within 30 days. Petitioner's counsel has not filed a Status Report. Accordingly, upon due consideration of the entire record herein, it is, this __1st__ day of June, 2009, hereby

**ORDERED** that the plaintiff shall show cause in writing within 30 days of this order why the action should not be dismissed for failure to prosecute pursuant to Local Rule 83.23; and it is further

**ORDERED** that failure to file a timely response may result in the dismissal of this action.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

2